1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| THEODORE T. AIKEN,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>   Defendant. | CASE NO.   C07-5291KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

   Plaintiff's application to proceed *in forma pauperis* (Dkt. #1 and #3) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

   The clerk is directed to send copies of this Order to counsel of record and to issue the Summonses.

   DATED this 6th day of July, 2007.

                                                             /s/ Karen L. Strombom
                                                             Karen L. Strombom
                                                             United States Magistrate Judge

ORDER
Page - 1