UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THEODORE T. AIKEN,<br><br>             Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>             Defendant. | NO. C07-5291 RBL-KLS<br><br>ORDER TO SHOW CAUSE |

      This matter is before the Court based on the Plaintiff's failure to comply with the Court's Order Setting Briefing Schedule (Dkt. #21). The Plaintiff was directed to file his Opening Brief no later than March 5, 2008. To date the Plaintiff has failed to file as directed. The Plaintiff is ordered to show cause why this matter should not be dismissed for failure to prosecute his claim by April 2, 2008.

      DATED this 26th day of March, 2008.

                                                    Karen L. Strombom
                                                  United States Magistrate Judge