AO 450 (Rev. 5/85) Judgment in a Civil Case ⊜

# United States District Court

WESTERN DISTRICT OF WASHINGTON

THEODORE J. AIKEN

v.

MICHAEL J. ASTRUE
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5291RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The administrative decision is AFFIRMED.


   November 3, 2008                                  BRUCE RIFKIN
Date                                                            Clerk

                                                                *s/CM Gonzalez*
                                                                Deputy Clerk